■ WALTER RAKOWSKI, Appellant, v. NORMAN L. KINCAID, Respondent. — Judgment unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The verdict of the jury was against the weight of the credible evidence. (Appeal from judgment of Erie Trial Term in favor of defendant of no cause of action, in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ ROBERT LIVINGSTON et al., Appellants, v. ROBERT L. MAYES, Defendant, and NIAGARA FRONTIER TRANSIT SYSTEM, INC., Respondent.— Order unanimously reversed, without costs of this appeal to any party, and motion denied, without costs. Memorandum: There is nothing in the record indicating that failure of plaintiffs to appear for examination before trial was that willful failure contemplated by the statute. (Civ. Prac. Act, § 299, now CPLR 3126.) (Appeal from order of Erie Special Term dismissing the complaint on the merits in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ ROBERT LIVINGSTON et al., Appellants, v. ROBERT L. MAYES, Respondent, and NIAGARA FRONTIER TRANSIT SYSTEM, INC., Defendant.— Same decision as in companion case of *Livingston* v. *Mayes* (23 A D 2d 814), decided herewith. (Appeal from order of Erie Special Term dismissing the complaint on the merits in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.